IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| LIFE UNIFORM HOLDING CORP., et al.,[1] | Case No. 13-11391 (KJC) |
| Debtors. | Jointly Administered |
| | Objections Due: 6/21/13 at 4:00 p.m. (Eastern) |
| | Hearing Date: 6/28/13 at 10:00 a.m. (Eastern) |

## NOTICE OF DEBTORS' MOTION FOR ORDER PURSUANT TO SECTION 105 AND 363 OF THE BANKRUPTCY CODE AUTHORIZING AND APPROVING, EFFECTIVE AS OF THE PETITION DATE, (I) AGREEMENT WITH CAPSTONE ADVISORY GROUP, LLC TO PROVIDE ROBERT FREZZA TO SERVE AS DEBTORS' CHIEF RESTRUCTURING OFFICER; AND (II) RETENTION OF MR. FREZZA AND ADDITIONAL PERSONNEL

**PLEASE TAKE NOTICE THAT** Life Uniform Holding Corp., Healthcare Uniform Company, Inc., and Uniform City National, Inc., the debtors and debtors-in-possession herein (collectively, the "*Debtors*"),[2] filed the *Debtors' Motion for Order Pursuant to Section 105 and 363 of the Bankruptcy Code Authorizing and Approving, Effective as of the Petition Date, (I) Agreement with Capstone Advisory Group, LLC to Provide Robert Frezza to Serve as Debtors' Chief Restructuring Officer; and (II) Retention of Mr. Frezza and Additional Personnel*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal taxpayer-identification number, are: Life Uniform Holding Corp. (1018), Healthcare Uniform Company, Inc. (0640), and Uniform City National, Inc. (0392).

[2] A detailed description of the Debtors and their businesses, and the facts and circumstances supporting this motion and the Debtors' chapter 11 cases, are set forth in greater detail in the Declaration of Robert Frezza (the "*First Day Declaration*"), filed contemporaneously with the Debtors' voluntary petitions for relief filed under chapter 11 of title 11 of the United States Code (the "*Bankruptcy Code*"), which were filed on May 29, 2013 (the "*Petition Date*").

(the "*Motion*") with the United States Bankruptcy Court for the District of Delaware (the "*Court*").

**PLEASE TAKE FURTHER NOTICE THAT** in accordance with Rule 9006-1 of the Local Rules of Bankruptcy Practice and Procedure of the Court, any objections or responses to the Motion must be in writing and filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Third Floor, Wilmington, Delaware 19801, and served upon the following parties: (a) the Debtors, 2132 Kratky Road, St. Louis, Missouri 63114 Attn: Robert Frezza; (b) proposed counsel for the Debtors, Klehr Harrison Harvey Branzburg LLP, 919 N. Market Street, Suite 1000, Wilmington, Delaware 19801, Attn: Domenic E. Pacitti, Esq.; (c) counsel to the Debtors' prepetition secured lender and debtor in possession lender, Brown Rudnick, LLP, One Financial Center, Boston, Massachusetts 02111, Attn: Jeffrey Jonas, Esq.; (d) counsel to any statutory committee appointed in these chapter 11 cases; and (e) the office of the United States Trustee for the District of Delaware, Caleb Boggs Federal Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801, Attn: Benjamin Hackman, Esq. so as to be received on or before **4:00 p.m. prevailing Eastern Time on June 21, 2013**, or such other time as the Court may hereafter order and of which you may receive subsequent notice.

**PLEASE TAKE FURTHER NOTICE THAT** if an objection is timely filed, served and received and such objection is not otherwise timely resolved, a hearing to consider such objection and the Motion will be held before The Honorable Kevin J. Carey, 824 Market Street, 5th Floor, Courtroom No. 5, Wilmington, Delaware 19801 on **June 28, 2013 at 10:00 a.m. prevailing Eastern Time**.

**IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: June 6, 2013  
Wilmington, Delaware

/s/ *Domenic E. Pacitti*
Domenic E. Pacitti (DE Bar No. 3989)
Michael W. Yurkewicz (DE Bar No. 4165)
**KLEHR HARRISON HARVEY BRANZBURG LLP**
919 N. Market Street, Suite 1000
Wilmington, Delaware 19801
Telephone:   (302) 426-1189
Facsimile:    (302) 426-9193

*Proposed Counsel to the Debtors and Debtors in Possession*