IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| LUHC WIND DOWN CORP., *et al.*,[1] | ) Case No. 13-11391 (KJC) |
| Debtors. | ) Jointly Administered |
| | ) **Related to Docket No. 575** |

## ORDER APPROVING DISTRIBUTION TO ADMINISTRATIVE CREDITORS AND DISMISSING CHAPTER 11 CASES

Upon the motion (the "**Motion**")[2] of the debtors and debtors-in-possession (the "**Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), for entry of an order (this "**Order**") authorizing payment to administrative creditors and to dismiss the above-captioned cases; and it appearing that the relief sought in the Motion and the entry of this Order is appropriate; and after due deliberation, the Court finding that (a) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (b) venue of this case and the Motion in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; (c) this is a core proceeding pursuant to 28 U.S.C. § 157(b); (d) good and sufficient notice of the Motion has been provided under the circumstances and no other or further notice is necessary; and, (e) sufficient cause exists to grant the relief requested in the Motion; accordingly,

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal taxpayer-identification number, are: LUHC Wind Down Corp. f/k/a Life Uniform Holding Corp. (1018), HUCI Wind Down, Inc., f/k/a Healthcare Uniform Company, Inc. (0640), and UCNI Wind Down, Inc., f/k/a Uniform City National, Inc. (0392).

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

2. Pursuant to sections 105(a) and 1112(b) of the Bankruptcy Code and Bankruptcy Rule 1017(a), the Debtors' Chapter 11 Cases are hereby dismissed, effective as of the date and time of the entry of this order (the "**Dismissal Date**").

3. Nothing herein shall prevent the Debtors from paying, subsequent to the dismissal of the Chapter 11 Cases, invoices for professional services incurred during the course of the Chapter 11 Cases.

4. All fees due and payable pursuant to section 1930 of Title 28 of the United States Code prior to the Dismissal Date shall be paid by the Debtors within ten (10) days of the entry of this Order.

5. Notwithstanding section 349 of the Bankruptcy Code, all orders entered in the Debtors' Chapter 11 Cases prior to the Dismissal Date shall survive and remain effective after such date.

Dated: April 1, 2015
Wilmington, Delaware

Honorable Kevin J. Carey
United States Bankruptcy Judge